## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Huawen Chen, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-14304 |
| v. | ) |
| | ) Hon. Mary M. Rowland |
| The Individuals, Partnerships and Unincorporated Associations Identified on Schedule A, | ) ) ) |
| Defendants | ) |

### Satisfaction of Judgment

**WHEREAS**, a judgment was entered in the above action on March 11, 2024 [Dkt. 25], in favor of Plaintiff and against certain defendants identified in the Schedule A thereto. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to Defendant(s):

1  ACTICO

2  AIFEIRIC

**THEREFORE**, full and complete satisfaction of said judgment as to above-identified Defendant(s) is hereby acknowledged, and the Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: May 31, 2024

                                                                              Respectfully Submitted

                                                                              /s/Carla Carter
                                                                              Carla Carter
                                                                              Michael Davis
                                                                              Davis & Carter LLC
                                                                              53 W. Jackson Blvd., Ste. 1560
                                                                              Chicago, IL 60604

                                              T: (312) 600-5485
                                              ccarter@daviscarterlaw.com
                                              mdavis@daviscarterlaw.com
                                              *Counsel for Plaintiff*