# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Huawen Chen, <br><br> Plaintiff, <br><br> v. <br><br> The Individuals, Partnerships and Unincorporated Associations Identified on Schedule A, <br><br> Defendants | ) <br> ) <br> ) Case No. 1:23-cv-14304 <br> ) <br> ) Hon. Mary M. Rowland <br> ) <br> ) <br> ) |

## Satisfaction of Judgment

**WHEREAS**, a judgment was entered in the above action on March 11, 2024 [Dkt. 25], in favor of Plaintiff and against certain defendants identified in the Schedule A thereto. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to Defendant(s):

**42 Chengdu Lijia technology Co., LTD**

**THEREFORE**, full and complete satisfaction of said judgment as to above-identified Defendant(s) is hereby acknowledged, and the Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: June 10, 2024

Respectfully Submitted

/s/Carla Carter
Carla Carter
Michael Davis
Davis & Carter LLC
53 W. Jackson Blvd., Ste. 1560
Chicago, IL 60604
T: (312) 600-5485
ccarter@daviscarterlaw.com
mdavis@daviscarterlaw.com
*Counsel for Plaintiff*